1

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

3

4  QUIWANECA SPIKES,                              Case No. 2:25-cv-02141-JAD-DJA

5                                 Plaintiff         **ORDER**

        v.

6  ELLA, et al.,

7                                 Defendants

8

9         On October 30, 2025, *pro se* plaintiff Quiwaneca Spikes, an inmate in the custody

10  of the Nevada Department of Corrections, submitted a complaint under 42 U.S.C. § 1983.

11  (ECF No. 1-1). Plaintiff has neither paid the full $405 filing fee for this matter nor filed an

12  application to proceed *in forma pauperis* ("IFP").

13      **I.    DISCUSSION**

14         This Court must collect filing fees from parties initiating civil actions. 28 U.S.C. §

15  1914(a). As of December 1, 2023, the fee for filing a civil-rights action is $405, which

16  includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any

17  person who is unable to prepay the fees in a civil case may apply to the court for leave to

18  proceed *in forma pauperis*." Nev. Loc. R. Prac. LSR 1-1. For an inmate to apply for IFP

19  status, the inmate must submit all three of the following documents to the Court: (1) a

20  completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3

21  of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a

22  completed **Financial Certificate**, which is page 4 of the Court's approved form, that is

23  properly signed by both the inmate and a prison or jail official; and (3) a copy of the

24  **inmate's prison or jail trust fund account statement for the previous six-month**

25  **period**. *See* 28 U.S.C. § 1915(a)(1)–(2); Nev. Loc. R. Prac. LSR 1-2. IFP status does not

26  relieve inmates of their obligation to pay the filing fee, it just means that the inmate can

27  pay the fee in installments. *See* 28 U.S.C. § 1915(b).

28

**II.    CONCLUSION**

It is therefore ordered that Plaintiff has **until January 5, 2026**, to either pay the full $405 filing fee or file a fully complete IFP application with all three required documents: (1) a completed application with the inmate's two signatures on page 3, (2) a completed financial certificate that is signed both by the inmate and the prison or jail official, and (3) a copy of the inmate's trust fund account statement for the previous six-month period.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a <u>new</u> case number, when Plaintiff can file a complete IFP application or pay the required filing fee.

The Clerk of the Court is kindly directed to send Plaintiff Quiwaneca Spikes the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same and retain the complaint (ECF No. 1-1) but not file it at this time.

DATED: November 4, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

2