UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| QUIWANECA SPIKES, | Case No.  2:25-cv-02141-JAD-DJA |
| Plaintiff, | ORDER |
| v. | |
| ELLA, et al., | |
| Defendants. | |

I.    **DISCUSSION**

According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff is no longer incarcerated, but she has not filed an updated address with the Court. Under Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1.

This Court gives Plaintiff until **June 22, 2026**, to file her updated address with this Court. If Plaintiff does not update the Court with her current address by that deadline, this case will be subject to dismissal without prejudice. Additionally, the Court denies the application to proceed *in forma pauperis* for prisoners (ECF No. 4) as moot because Plaintiff is no longer incarcerated. Plaintiff must file an application to proceed *in forma pauperis* by a non-prisoner, or pay the full filing fee of $405, by **June 22, 2026**.

II.    **CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff will file her updated address with the Court by **June 22, 2026**.

IT IS FURTHER ORDERED that Plaintiff's application to proceed *in forma pauperis* for prisoners (ECF No. 4) is DENIED as moot.

1

IT IS FURTHER ORDERED that the Clerk of the Court WILL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that on or before by **June 22, 2026**, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $405.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

DATED THIS 22nd day of May 2026.

_____
UNITED STATES MAGISTRATE JUDGE

2