UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| QUIWANECA SPIKES,<br>Plaintiff,<br>v.<br>ELLA, et al.,<br>Defendants. | Case No. 2:25-cv-02141-JAD-DJA<br>ORDER |

## I. DISCUSSION

On May 22, 2026, the Court denied Plaintiff's application to proceed *in forma pauperis* for prisoners as moot and ordered Plaintiff to file an application to proceed *in forma pauperis* for non-prisoners, and her updated address, by **June 22, 2026**. (ECF No. 7.) Plaintiff filed an updated address, but she did not file an application to proceed *in forma pauperis* for non-prisoners. It is not clear whether Plaintiff received the Court's order, which was issued well before she filed her updated address. The Court will resend its previous order and extend the deadline for Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner or pay the $405 filing fee until **August 17, 2026**.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the Clerk of Court is directed to send Plaintiff a courtesy copy of the Court's previous order (ECF No. 7).

IT IS FURTHER ORDERED that on or before by **August 17, 2026**, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $405.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

DATED THIS 17th day of July 2026.

UNITED STATES MAGISTRATE JUDGE